### DEAN v. WOODBRIDGE.

Where a note is payable in specific articles on demand, a special demand is necessary.

ACTION on note; in which the defendant promised the plaintiff to pay him £36 2s. 6d., in West India goods, on demand; and no special demand is laid in the declaration. The defendant demurred to the declaration on that account.

Judgment — That the declaration is insufficient.

The duty of the defendant to deliver the goods arises upon a demand being made; and the breach which subjects him to damages, consists in not delivering them when demanded; and this action is not for the goods, but for damages, to compensate for the breach of the contract; which could not have happened until demand was made. Besides if this action is maintainable without a demand such an obligation would be the same as a note for money.

### TRACY v. POST.

UPON a writ of error, it was determined that an alderman has no right to sign any writs, but such as are returnable before the City Court, the mayor or an alderman.